IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **DEFAULT JUDGMENT AND** |
| | ) | **FINAL JUDGMENT OF FORFEITURE** |
| $1,300.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for default judgment and entry of final judgment of forfeiture. No responses have been filed to the motion.

For the reasons stated, the motion will be allowed.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Government's motion for default judgment of forfeiture and entry of judgment shall be granted and judgment of forfeiture is entered in favor of the United States against all persons in the world;

2. Any and all right, title and interest of all persons in the world in or to the Defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby directed to dispose of the forfeited Defendant property as provided by law.

**Signed: May 10, 2005**

Lacy H. Thornburg  
United States District Judge